## CRIMINAL CAUSE FOR STATUS CONF.

BEFORE JUDGE FEUERSTEIN    DATE: October 5, 2015    TIME: 30min
CR- 15-450

DEFT NAME: **Harendra Singh**    X present    __ not present    __ cust.
    X bail
DEFENSE COUNSEL: **Anthony LaPinta**    X present    __ not present    __ CJA
    X RET.    __ LAS

A.U.S.A: **L. Gatz and Catherine Mirable**    CLERK: BMM

COURT REPORTER: MA STEIGER    OTHER: __
INT: (LANG.-)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ OCT 05 2015 ★

**LONG ISLAND OFFICE**

- X  CASE CALLED.    X  DEFTS APPEARS WITH COUNSEL.
- __ DEFTS APPEARS WITHOUT COUNSEL.
- __ COUNSEL PRESENT WITHOUT DEFT.
- __ STATUS CONF/HRG FOR DEFTS ADJ'D TO ____.
- X  STATUS CONF/HRG FOR DEFTS HELD.
- __ JURY SELECTION SET FOR _____ ---
    __ BEFORE J. FEUERSTEIN__ PARTIES CONSENT TO MAGISTRATE.
- __ TRIAL SCHEDULED FOR _____.

- X  **SPEEDY TRIAL** INFO **X COMPLEX**    STILL IN EFFECT    CODE TYPE__
    START 10/5/15    STOP 11/12/15
    X  In the interest of justice as stated on the record, and with consent of the parties.

- x  STATUS CONF/HRG CONT'D TO 11/12/2015 at 11:15 am.
- __ FURTHER STATUS CONF/HRG SET FOR DEFT

DEFT __ SWORN    __ ARRAIGNED    x INFORMED OF RIGHTS
    __ WAIVES TRIAL BEFORE DISTRICT COURT

- __ DEFTS **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. _____ OF THE INDICTMENT.
- __ COURT FINDS FACTUAL BASIS FOR THE PLEA.
- __ **DEFTS REQUESTS RETURN OF PROPERTY**    __ **ORDER FILED.**
- __ SENTENCING SET ON .

OTHER: Government makes motion to have case declared complex on consent with defendant. Application is granted on the record.